**Electronically Filed
Supreme Court
SCWC-12-0000626
11-MAR-2014
09:58 AM**

SCWC-12-0000626

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ALEXANDER H. LI, Petitioner/Defendant-Appellant

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000626; Case No. 1DTA-12-00941)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Del Rosario, in place of Acoba, J., recused)

Petitioner/Defendant-Appellant Alexander H. Li's application for writ of certiorari filed February 13, 2014, was filed more than thirty days after the filing of the ICA's January 8, 2014, judgment on appeal.  The application is untimely, and thus, this court lacks appellate jurisdiction.  See Hawaiʻi Revised Statutes § 602-59(c) (Supp. 2011); Hawaiʻi Rules of Appellate Procedure Rule 40.1(a)(1).  Therefore,

IT IS HEREBY ORDERED that the application for writ of certiorari is dismissed.

DATED:    Honolulu, Hawaiʻi, March 11, 2014.

R. Patrick McPherson          /s/ Mark E. Recktenwald
for petitioner
                              /s/ Paula A. Nakayama
Brian R. Vincent
for respondent                /s/ Sabrina S. McKenna

                              /s/ Richard W. Pollack

                              /s/ Dexter D. Del Rosario

